UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOHN HARTSOE,<br><br>                Plaintiff,<br><br>vs.<br><br>FRAUD ORDER ISSUED BY JUDGE C.B. MCNEIL ON AUGUST 29, 2011,<br><br>                Defendant. | Case No. CV-22-130-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  <u> X </u>  **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that Hartsoe's Complaint (Doc. 1) is DISMISSED WITHOUT PREJUDICE. IT IS FURTHER ORDERED that Hartsoe's pending motion (Doc. 3) is DENIED as moot.

      Dated this 14th day of October, 2022.

                              TYLER P. GILMAN, CLERK

                              By: <u>/s/ Sarah Nagy</u>
                              Sarah Nagy, Deputy Clerk